01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08 YURI TZUL,

09                          Plaintiff,          Case No.   C13-2086-MJP-MAT

10        v.
                                                REPORT AND RECOMMENDATION
11 SIX UNKNOWN NAMES AGENTS, *et al.*,

12                          Defendants.

13

14        The Court is in receipt of a civil rights complaint purportedly filed by an Immigration

15 and Customs Enforcement ("ICE") detainee named Yuri Tzul.[1]   The complaint was received

16 in an envelope containing several nearly identical complaints identifying other inmate/detainee

17 plaintiffs and bearing a return address for Young Yil Jo, a frequent litigant in this Court.   No

18 filing fee or application to proceed with the action *in forma pauperis* was submitted in

19 conjunction with the complaint and the complaint is not signed.   Typically the Court would

20 address such deficiencies by directing a letter to the plaintiff advising him of the deficiencies

21

22        [1]   The Court presumes that Mr. Tzul is an ICE detainee because an ICE A-Number is provided for Mr.
     Tzul in the body of the complaint.

REPORT AND RECOMMENDATION
PAGE - 1

01 and providing him an opportunity to correct them.   However, in prior cases submitted by Mr.

02 Jo on behalf of other inmates/detainees, mail sent by the Clerk's Office to the purported

03 plaintiff at the address provided by Mr. Jo has consistently been returned with a notation

04 indicating that the plaintiff is not incarcerated at the facility.

05         It is time consuming for the Court, and ultimately fruitless, to attempt to obtain from the

06 purported plaintiff in these cases the documentation necessary to perfect the submission and

07 permit the case to proceed.   Moreover, even if the purported plaintiff were to pay the filing fee

08 or submit an appropriate application to proceed *in forma pauperis*, the proposed complaint

09 states no cause of action.   In fact, the complaint is incomprehensible, fails to set forth sufficient

10 facts to state any claim for relief, and does not appear to involve any acts committed in this

11 federal district.

12         For these reasons, this Court recommends that this action be dismissed with prejudice

13 under 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1) because the complaint fails to state a

14 claim upon which relief may be granted and is frivolous.   This Court further recommends that

15 this dismissal ***not*** be deemed a strike for purposes of 28 U.S.C. § 1915(g) as it is not clear that

16 the individual identified as the plaintiff in the complaint is even aware that a complaint has been

17 filed on his behalf.[2]

18         Any objections to this recommendation must be filed with the Clerk within ***twenty-one***

19 ***(21) days*** of the date on which this recommendation is signed.   Objections should be noted for

20 consideration on the District Judge's motion calendar for the third Friday after they are filed.

21

22         [2]   It has been the experience of this Court that inmates/detainees named as plaintiffs in complaints
submitted by Mr. Jo are unaware that Mr. Jo has attempted to litigate on their behalf.

REPORT AND RECOMMENDATION
PAGE - 2

01   Responses to objections may be filed within ***fourteen (14) days*** after service of objections.   If

02   no timely objections are filed, the matter will be ready for consideration by the District Judge on

03   ***December 20, 2013***.

04           DATED this <u>27th</u> day of November, 2013.


06                                                    _____
                                                     Mary Alice Theiler

07                                                    Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3