UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YURI TZUL,

          Plaintiff,

v.

SIX UNKNOWN AGENTS, *et al.*,

          Defendants.

Case No. C13-2086-MJP

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1) because the proposed complaint fails to state a claim upon which relief may be granted and is frivolous. This dismissal ***shall not*** be deemed a strike for purposes of 28 U.S.C. § 1915(g); and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 31st day of December, 2013.

*[signature]*

Marsha J. Pechman
Chief United States District Judge

ORDER DISMISSING ACTION
PAGE - 2